# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| Destiny Payne, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17-cv-01769-AGF |
| | ) | |
| Saint Louis, Missouri, City of, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR COURT TO DISMISS CASE WITH PREJUDICE

Plaintiff Destiny Payne, by and through her attorney, moves the Court to dismiss Plaintiff's claims against all Defendants with prejudice under Federal Rule of Civil Procedure 41(a)(2) because the parties have settled.

Respectfully submitted,

/s/ *Elad Gross*
Elad Gross #67125MO
Attorney at Law
5653 Southwest Ave.
St. Louis, MO 63139
Phone: (314) 753-9033
Email: Elad.J.Gross@gmail.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of October, 2018, the foregoing was filed electronically with the Clerk of the Court to be served upon all parties by operation of the Court's electronic filing system.

                                */s/Elad Gross*
                                Elad Gross
                                Attorney at Law